IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARSHAN H. PATEL | : |
| Petitioner, | : 3:25-cv-2185 |
| | : (JUDGE MARIANI) |
| v. | : |
| DAVID O'NEIL, Acting Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement, KRISTI NOEM, Secretary of U.S. Department of Homeland Security, PAMELA BONDI, U.S. Attorney General, and ANGELA HOOVER, Warden of Clinton County Correctional Facility | : |
| Respondents. | : |

## ORDER

AND NOW, THIS 8th DAY OF DECEMBER 2025, upon consideration of Petitioner Darshan H. Patel's Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, (Doc. 1), Respondents' response, (Doc. 8), Petitioner's reply, (Doc. 9), and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition, (Doc. 1), is **GRANTED**.
2. Respondents **SHALL IMMEDIATELY RELEASE** Petitioner Patel from the custody of Respondent Angela Hoover, Warden of the Clinton County Correctional Facility, who has immediate physical custody of Petitioner.
3. Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a declaration or affidavit pursuant to 28 U.S.C. § 1746 **no later than Wednesday**

**December 10, 2025, at 5:00 P.M.** confirming that Petitioner Patel has been released from custody.

4. Respondents are **PERMANENTLY ENJOINED** from detaining Petitioner Patel pursuant to 8 U.S.C. § 1225.

5. If Respondents elect to later detain Petitioner Patel under 8 U.S.C. § 1226, the Respondents must provide Petitioner Patel with notice and an opportunity to be heard at a timely individualized bond hearing, where an Immigration Judge assesses whether he is a danger or flight risk.

6. Petitioner may re-file a request for fees and costs under the Equal Access to Justice Act with the appropriate court at the conclusion of Petitioner's immigration proceedings.

7. Petitioner and Respondents are **DIRECTED** to each file a status report **no later than Wednesday December 17, 2025, at 5:00 P.M.** setting forth both the detention status of Petitioner Patel and Respondents' compliance with this Order. If Petitioner is detained at the time Petitioner and Respondents file their status reports, Respondents shall further set forth the status of Petitioner's timely individualized bond hearing and shall reference the statutory basis for his detention.

Robert D. Mariani
United States District Judge